UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Bauer Hockey, Inc. )<br>　　　　Plaintiff ) <br>v. )<br> )<br>Kara Welch )<br>　　　　Defendant )<br> ) | Civil Docket No. 2010-00002-JL |

### TEMPORARY INJUNCTION AND PRESERVATION ORDER

By consent of the parties, it is hereby **ORDERED** as follows:

1. Until further order of this Court, the Defendant, Kara Welch, is hereby enjoined from using or disclosing to any third party any of Plaintiff's "confidential information" as defined in the *Employee Invention and Secrecy Agreement* which is attached as Exhibit A to the Verified Complaint in this action.

2. Until further order of this Court, the Defendant, Kara Welch, is hereby enjoined from utilizing, altering, modifying, deleting, overwriting or disseminating any electronically stored information in her possession, custody or control which was downloaded from any electronic storage medium maintained by Bauer or which she obtained while employed by Bauer or due to her employment with Bauer. Welch is further enjoined from utilizing, operating, defragmenting, altering or in any way modifying any electronic device or storage medium in her possession, custody or control which currently contains or holds, or has previously contained or held, any such information.

3. Notwithstanding paragraph 2 above and until further order of this Court, the Defendant may utilize her iPhone for personal and/or business purposes. However, she shall not delete or modify any information on said device which concerns Bauer or its products or any communications she may have had with any competitor of Bauer while she was employed by Bauer. To the extent the Defendant knows or has reason to believe that use of the iPhone may compromise potential evidence in the case, including any of the information identified previously in this paragraph, she shall refrain from such use.

DATED: February 1, 2010

/s/Joseph N. Laplante
Joseph N. Laplante
United States District Judge